1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant United States Attorney
3  HEATHER MARDEL JONES
   Assistant United States Attorney
4  United States Courthouse
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   (559) 497-4000  Telephone
6  (559) 497-4099  Facsimile

7  Attorneys for the United States of America




LODGED

OCT 1 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

SEALED

FILED

OCT 1 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   1: 1 3 CV - 0 1 6 7 4 AWI SAB
                                       )
12              Plaintiff,             )   **UNDER SEAL**
                                       )
13       v.                            )
                                       )   *EX PARTE* ORDER STAYING
14  APPROXIMATELY $6,658.92 IN U.S.    )   CIVIL FORFEITURE CASE
    CURRENCY SEIZED FROM WELLS         )
15  FARGO BANK ACCOUNT NUMBER          )
    8328019032 HELD IN THE NAME OF     )
16  PAYPA TRAIL ENTERTAINMENT,         )
    LLC.,                              )
17                                     )
    APPROXIMATELY $120,772.00 IN U.S.  )
18  CURRENCY, and                      )
                                       )
19  APPROXIMATELY $21,770.00 IN U.S.   )
    CURRENCY,                          )
20                                     )
                Defendants.            )
21  _____)

22       **IT IS HEREBY ORDERED** that,

23       The United States having moved to stay the civil forfeiture action pursuant to 18

24  U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the

25  ability of the United States to conduct the related ongoing criminal investigation, the above

26  entitled civil in rem forfeiture action shall be stayed until April 4, 2014, pending the

27  completion of the criminal investigation and criminal case.  The United States shall file a

28  status report one week prior, on March 28, 2014, informing the Court whether the

1    continuation of the stay is still necessary.

2         IT IS SO ORDERED.

3    Dated this _17th_ day of _____October_____ 2013.

4

5                              UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNDER SEAL
Ex Parte Order Staying Civil Case