```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. MCKEON
    Assistant United States Attorney
 3  HEATHER MARDEL JONES
    Assistant United States Attorney
 4  United States Courthouse
    2500 Tulare Street, Suite 4401
 5  Fresno, California 93721
    (559) 497-4000  Telephone
 6  (559) 497-4099  Facsimile

 7  Attorneys for the United States of America
```

LODGED
OCT 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED
FILED
OCT 17 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:13 CV - 01674 AWI SAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | **UNDER SEAL** |
| Plaintiff, | |
| v. | *EX PARTE* ORDER SEALING CIVIL COMPLAINT FOR FORFEITURE |
| APPROXIMATELY $6,658.92 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8328019032 HELD IN THE NAME OF PAYPA TRAIL ENTERTAINMENT, LLC., | |
| APPROXIMATELY $120,772.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $21,770.00 IN U.S. CURRENCY, | |
| Defendants. | |

The United States having moved to seal the Verified Complaint for Forfeiture In Rem, the concurrently filed Application to Seal and corresponding Proposed Order, and the concurrently filed Motion to Stay and corresponding Proposed Order, pending the completion of the criminal investigation and case, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the Complaint and all related documents are to be placed under seal until further notice.

Dated this 17th day of October, 2013.

1   Ex Parte Order Sealing Civil Complaint for Forfeiture

_____
UNITED STATES DISTRICT COURT JUDGE