

BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CV-01674-AWI-SAB |
| Plaintiff, | **UNDER SEAL** |
| v. | *EX PARTE* ORDER EXTENDING STAY OF CIVIL FORFEITURE CASE |
| APPROXIMATELY $6,658.92 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8328019032 HELD IN THE NAME OF PAYPA TRAIL ENTERTAINMENT, LLC., | |
| APPROXIMATELY $120,772.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $21,770.00 IN U.S. CURRENCY, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that,

The United States having moved to extend the stay of the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that as there is an active and ongoing criminal investigation of which Claimants are a subject, that Claimants have standing to assert a claim in the civil forfeiture proceeding, that the forfeiture proceeding will burden the right of Claimants against self-incrimination in the related criminal investigation and prosecution, and that civil discovery in the civil forfeiture proceeding will

1  adversely affect the ability of the United States to conduct the related criminal
2  investigation, the above entitled civil in rem forfeiture action shall be stayed until October
3  3, 2014, pending the completion of the criminal investigation and institution criminal case.
4  The United States shall file a status report one week prior, on September 26, 2014,
5  informing the Court whether the continuation of the stay is still necessary.
6  IT IS SO ORDERED.
7  Dated this 28th day of March, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

UNDER SEAL
*Ex Parte* Order Extending Stay of Civil Case