BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CV-01674-AWI-SAB |
| Plaintiff, | |
| v. | **REQUEST TO AND ORDER TO UNSEAL COMPLAINT** |
| APPROXIMATELY $6,658.92 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8328019032 HELD IN THE NAME OF PAYPA TRAIL ENTERTAINMENT, LLC., | |
| APPROXIMATELY $120,772.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $21,770.00 IN U.S. CURRENCY, | |
| Defendants. | |

The Complaint in the above-captioned case was filed under seal on October 16, 2013.  On May 7, 2015, Marie Sherrill was indicted in criminal case number 1:15-CR-130-AWI-BAM.  The indictment alleges that the property covered in this civil forfeiture action is subject to forfeiture.  As a result of the indictment, there is no need for the

///

///

///

Complaint to remain under seal.  Accordingly, the United States asks that the Court order that the Complaint and associated file be unsealed.

Date: June 18, 2015                                   Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/Jeffrey A. Spivak
                                              JEFFREY A. SPIVAK
                                              Assistant United States Attorney

     Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint and file in the above-captioned case be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated:   July 9, 2015                          _____
                                          SENIOR  DISTRICT  JUDGE