1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                 Case No.  1:13-cv-01674-AWI-SAB

12 |                     Plaintiff,            ORDER VACATING DECEMBER 2, 2015
                                             HEARING
13 |          v.

14 | APPROXIMATELY $6,658.92 IN U.S.
     CURRENCY SEIZED FROM WELLS
15 | FARGO BANK ACCOUNT NUMBER
     8328019032 HELD IN THE NAME OF
16 | PAYPA TRAIL ENTERTAINMENT, LLC,

17 |                     Defendant.

18

19          On October 30, 2015, Plaintiff filed a motion to stay this action with hearing set for

20 December 2, 2015.  Oral argument on the motion was noticed for December 2, 2015.

21          The Local Rules provide that any opposition to the motion is to be filed not less than

22 fourteen days prior to the noticed hearing date.  L.R. 230(c).  Further, a party who does not file

23 an opposition to the motion is not entitled to be heard in opposition to the motion at oral

24 argument.  In this instance, there has been no timely opposition to the motion to stay filed.

25 / / /

26 / / /

27 / / /

28 / / /

1    Accordingly, the Court finds that this matter is suitable for decision without oral

2  argument and the matter is taken under submission.  The previously scheduled hearing set on

3  December 2, 2015 at 10:00 a.m. in Courtroom 9 is vacated and the parties will not be required to

4  appear at that time.

5

6  IT IS SO ORDERED.

7  Dated:   **November 30, 2015**      _____

8                                                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28