UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $6,658.92 IN U.S. CURRENCY SEIZED FROM WELLS FARGO ACCOUNT NUMBER 8328019032 HELD IN THE NAME OF PAYPA TRAIL ENTERTAINMENT, LLC,<br><br>Defendant. | No. 1:13-CV-01674-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND STAYING ACTION<br><br>(Docs. No. 29, 33) |

Plaintiff, the United States of America, filed this *in rem* action under seal on October 16, 2013. (Doc. No. 1.) The action was initially stayed to allow the government to investigate the underlying criminal charges. On July 9, 2015, an order issued unsealing the complaint in this civil action. (Doc. No. 18.) The warrant for arrest of the articles *in rem* was executed and claims for the return of the property have been filed. (Doc. Nos. 21, 22, 23, 24.)

On October 30, 2015, Plaintiff filed a motion to stay proceedings in this action until resolution of a pending related criminal action. (Doc. No. 29.) On December 2, 2015, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to stay be granted. (Doc. No. 33.) Those findings and recommendations were served on

1

1 the parties and contained notice that any objections were to be filed within ten days (10) days
2 from the date of service. The period for filing objections has passed and no objections have been
3 filed.
4     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
5 *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings
6 and recommendations to be supported by the record and by proper legal analysis.
7     Based upon the foregoing:
8     1. The findings and recommendations filed December 2, 2015, are ADOPTED IN FULL;
9     2. Plaintiff's motion to stay this action is GRANTED; and
10     3. Plaintiff shall file and serve a status report addressing the need for the continuance of
11        the stay in this action every three months until the stay is lifted. The first status report
12        shall be filed and served by plaintiff on or before April 1, 2016.

IT IS SO ORDERED.

Dated: __December 22, 2015__

                                  DALE A. DROZD
                                  UNITED STATES DISTRICT JUDGE