# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $6,658.92 IN U.S. CURRENCY SEIZED FROM WELLS FARGO ACCOUNT NUMBER 8328019032 HELD IN THE NAME OF PAYPA TRAIL ENTERTAINMENT, LLC, et al.,<br><br>Defendants. | Case No. 1:13-cv-01674-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT<br><br>THREE DAY DEADLINE |

On December 23, 2015, an order issued granting the stay in this action and requiring Plaintiff to file a status report every three months until the stay is lifted. (ECF No. 35.) Plaintiff last filed a status report on December 12, 2017. (ECF No. 45.) Plaintiff has not filed a status report as required by the December 23, 2015 order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a status report within three (3) days from the date of entry of this order.

IT IS SO ORDERED.

Dated: **April 3, 2018**

UNITED STATES MAGISTRATE JUDGE

1