UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $6,658.92 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8328019032, HELD IN THE NAME OF PAYPA TRAIL ENTERTAINMENT, LLC.,<br><br>APPROXIMATELY $120,772.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $21,770.00 IN U.S. CURRENCY,<br><br>Defendant. | No. 1:13-cv-01674-DAD-SAB<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS CIVIL FORFEITURE ACTION<br><br>(Doc. No. 48) |

On July 3, 2018, the United States moved the court pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss this civil forfeiture action in its entirety. (Doc. No. 48.) Rule 41(a)(2) allows a court to voluntarily dismiss a complaint at a plaintiff's request on terms that the court deems proper. Fed. R. Civ. P. 41(a)(2).

The United States seeks to voluntarily dismiss this action on the grounds that the assets subject to forfeiture have been adjudicated in the related federal criminal case, *United States v. Marie Sherrill*, 1:15-cr-00130-DAD-BAM. (Doc. No. 48 at 2.) The court entered a final order of

forfeiture in the criminal case on May 15, 2018.  (*Id.* at 4.)

The motion of the United States to dismiss this civil forfeiture action (Doc. No. 48) is granted.  This action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: __**October 2, 2018**__   _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE